In the Matter of the Claim of AUGUSTA ANDERSON, Appellant, against JOHN WARNER & SONS, INC., and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant appeals from a decision of the State Industrial Board disallowing her claim for benefits as the result of the death of her husband, Carl Anderson, which occurred December 24, 1938. The Board found that the death of deceased was not the result of accidental injuries allegedly sustained on September 13, 1937. A question of fact was presented which the Industrial Board decided adversely to claimant. The decision of the Board is amply supported by the evidence and must be affirmed. Decision unanimously affirmed, without costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of INEZ GIOVINE, Respondent, against UNITED HEBREW CEMETERY and GLENS FALLS INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits to a widow. The husband met his death while employed in a cemetery in connection with the digging of a grave and the burial of a body. He was struck by lightning. His employment exposed him to the hazard. (*Matter of Katz* v. *Kadans & Co.*, 232 N. Y. 420; *Matter of Christiansen* v. *Hill Reproduction Company*, 262 App. Div. 379; *Matter of Hughes* v. *St. Patrick's Cathedral*, 218 id. 796; affd., 245 N. Y. 201; *Matter of Many* v. *Bradford*, 266 id. 558.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.